**SHAKEPROOF ASSEMBLY COMPONENTS DIVISION OF ILLINOIS TOOL WORKS, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Hang Zhou Spring Washer Co., Ltd., Defendant–Appellant.**

No. 2007–1038.

United States Court of Appeals, Federal Circuit.

July 16, 2007.

---

* Honorable Jose L. Linares, District Judge, United States District Court for the District of New Jersey, sitting by designation.

**1002**

David J. Levine, McDermott Will & Emery LLP, of Washington, DC, argued for plaintiff-appellee. With him on the brief was Raymond Paretzky.

Michael D. Panzera, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, and David S. Silverbrand, Trial Attorney. Of counsel on the brief were John D. McInerney, Chief Counsel, Michele D. Lynch, Senior Counsel, and Hardeep K. Josan, Attorney International, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Emily Lawson, White & Case LLP, of Washington, DC, argued for defendant-appellant. With her on the brief was Adams C. Lee. Of counsel was Jay Charles Campbell.

Before MAYER and LINN, Circuit Judges and ROBERTSON, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

* Honorable James Robertson, District Judge, United States District Court of the District of Columbia, sitting by designation.